📎JS 45 (5/97) - (Revised USAO MA 3/25/11)

**Criminal Case Cover Sheet**           **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __FBI__

**City** __Wakefield__     **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. _____     Case No. __23-mj-4339__
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __21-4288, -93, -95, -4360; 23-4165__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Mateo Ventura__     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __8 Meadow View Road, Wakefield, Massachusetts__

Birth date (Yr only): __2004__   SSN (last4#): __4922__   Sex __M__   Race: __W__   Nationality: __USA__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Timothy H. Kistner__     Bar Number if applicable __690534__

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/07/2023     Signature of AUSA: *Timothy Kistner*

**District Court Case Number**   (To be filled in by deputy clerk):   23-mj-4339

**Name of Defendant**   Mateo Ventura

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 18 U.S.C. 2339C | Concealing terrorist financing | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**