UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 23-4339-DHH |
| v. ) | |
| ) | |
| MATEO VENTURA ) | |
| ) | |
| Defendant ) | |

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
MOTION TO REVOKE CONDITIONS OF RELEASE**

On August 25, 2023, the government moved the Court to revoke Defendant Mateo Ventura's conditions of release, to issue an arrest warrant, and to remand the Defendant to the custody of the U.S. Marshals, on the grounds that the Defendant had violated certain of his conditions of release. *See* Dkt. No. 47 (the "Emergency Motion", which is incorporated by reference). The Court duly issued an arrest warrant for the Defendant, and subsequently held a hearing on the Emergency Motion. The Court then continued that hearing until September 7, 2023, to enable the government to obtain more information regarding the Defendant's violations of his release conditions. Dkt. No. 50. The government hereby files this supplemental memorandum in support of its motion to revoke the Defendant's conditions of release.

## ADDITIONAL FACTS

### *The Messages Were Sent by the Defendant*

As described in the Emergency Motion, an individual believed to be utilizing a screenname "AutismInducedJihad" sent a series of online communications to two different OCE accounts with whom the Defendant had previously communicated, and whom only the Defendant knew how to contact. These communications, which continued after the filing of the

Emergency Motion – but *ceased* following the Defendant's arrest – included dozens of messages.

Law enforcement has analyzed the messages sent by AutismInducedJihad to the OCE against the Defendant's known internet history, which make it clear that AutismInducedJihad was the Defendant. A law enforcement powerpoint outlining those reasons is attached as Exhibit A, small portions of which are redacted. In addition to what was described in the Emergency Motion,[1] these include the following:

- AutismInducedJihad was last online at 5:15 am EDT on August 26, 2023. The Defendant was arrested at approximately 6:00 am EDT on August 26, 2023, and there have been no further messages from AutismInducedJihad. Nor has anyone signed into the AutismInducedJihad account since the Defendant's arrest.

- AutismInducedJihad sent a YouTube video entitled "Arab Patrick Bateman Arabian Psycho". A review of the Defendant's YouTube search history from August 24, 2021 through February 2, 2023 identified at least three views of "Arab Patrick Bateman Arabian Psycho", and approximately 53 searches or views with "Arabian Psycho" in the title.

- AutismInducedJihad sent a YouTube video entitled "Patrick Beckman bikes to the desert," which appears to be a misspelling of Patrick Bateman. A review of the Defendant's YouTube search history from August 24, 2021 through February 2, 2023 identified at least nine views of "Patrick beckman bikes to the desert" videos. In addition, there were at least three views of "Patrick Bateman bikes to the desert".

- AutismInducedJihad sent a YouTube video entitled "Muslim Bale." (Christian Bale is the actor who played serial killer Patrick Bateman in the movie *American Psycho*). A review of Ventura's YouTube search history from August 24, 2021 through February 2, 2023 identified at least 18 views or searches of "Muslim Bale". In addition, there were approximately 254 views or searches involving videos with "Patrick Bateman" in the title, 537 with "American Psycho", and 843 with "Bateman".

---

[1] The government believes that the information provided in its Emergency Motion is, by itself, clear and convincing evidence that warrants the revocation of the Defendant's conditions of release.

- AutismInducedJihad sent a YouTube video regarding Lavar Burton. A review of the Defendant's YouTube search history from August 24, 2021 through February 2, 2023 identified at least two views of the same video.

- AutisimInducedJihad sent a YouTube video from a YouTube account called "donatedpizza." A review of the Defendant's YouTube search history from August 24, 2021 through February 2, 2023 identified approximately 169 views or searches of the "donatedpizza" YouTube account.

- AutismInducedJihad sent several YouTube videos involving an individual named "Martin Cabello", including one called "Martin Cabello III Eats Worm" and "Rape." A review of the Defendant's YouTube search history from August 24, 2021 through February 2, 2023 identified at least 38 views or searches of videos involving "Martin Cabello". A review of an Apple iPhone 12, seized from the Defendant on June 8, 2023 (the "Defendant's iPhone"), identified "Martin Cabello III" as one of the Defendant's Instagram contacts.

- AutismInducedJihad sent a message saying "If I was jack I would have fled to North Korea." After his arrest, during transport to the Wyatt detention facility, the Defendant made unsolicited comments saying that if he was Jack Teixeira, he would have fled to Russia or North Korea.

- AutismInducedJihad sent a message with an apparent cartoon of North Korean leader Kim Jong Un and a caption "This is my god." A review of messages sent by the Defendant on his iPhone show two messages in which he referred to Kim Jong Un as "my only god" or "the only god."

- AutismInducedJihad sent a message saying "I wanted to go to the international legion but they don't accept." A review of social media messages sent by the Defendant on his iPhone showed three images which appear to be screenshots of instructions and contact information to join the International Legion of Defense of Ukraine.[2] The screenshots include the e-mail addresses for the Ukrainian Consulate General in Houston, Texas and New York, New

---

[2] As previously presented to the Court, the Defendant also made inquiries about joining the Wagner Group, which supports Russia's war against the Ukraine. That he was also apparently attempting to join the International Legion for the Defense of Ukraine is simply more evidence of the Defendant's dangerous obsession with violence, and desire to involve himself in war or terrorism.

York, both of those e-mail addresses appear as contacts for an e-mail account found on the Defendant's iPhone.

- AutismInducedJihad sent a message saying "I also want to join the army special forces if you want to help me" and "Help me join the army." On June 26, 2023, when the Defendant contacted the FBI's National Threat Operation Center ("NTOC"), the Defendant stated "give me purpose send me to Ukraine or the Army." The Defendant also made three telephonic contacts with an Army recruiter in March 2023.

- AutismInducedJihad sent a messages saying "I need to get out of here" "It was just a attempt at escape" "You wouldn't understand" "Why don't you help do something other thing lock me in a box" and "I can change just give me a second chance." These messages bear marked similarities to those sent by the Defendant to NTOC on June 26, 2023, including: "I have been locked up for too long", "I don't need this locking me up", "I don't need to be locked up anymore", "I need to go outside touch grass and be happy not locked up", "just give me a chance I am begging take me out of here", and "Just give me a second chance".

- AutismInducedJihad sent videos from an online portal called GerilaTV. A review of the Defendant's iPhone identified that the Defendant subscribed to the Gerila TV Telegram Channel and the Gerilla Archive Channel, and identified at least six unique URLs visited on gerilatv.com

- AutismInducedJihad also sent a screenshot of soldiers of the "Kurdish Front," a rebel faction of the Syrian civil war. A review of the Defendant's YouTube search history from August 24, 2021 through February 2, 2023 identified searches for "the Kurdish front" and "Kurdish front". In addition, the Defendant's iPhone had a screen shot of various group chats which included the "Kurdish Front GC" and the "Kurdish Attack" channels.

- AutismInducedJihad sent a Kurdish propaganda video from ANF News. A review of the Defendant's iPhone identified numerous videos and images depicting propaganda, violence, war, and news related to several Kurdish groups, including from ANF news. It identified at least two social media group chats accessed by the Defendant involving the Kurdish group Sinjar Resistance Units (YBS), which advertised both the Kurdish Front and ANF news as places to receive news involving the Kurdish population. Furthermore, a review of the Defendant's YouTube search history from

        August 24, 2021 through February 2, 2023 identified 27 searches or views for videos that included "PKK", the acronym for the Kurdistan Workers Party, a Kurdish militant organization and a designated foreign terrorist group.

- AutismInducedJihad sent a screenshot from the "Atomwaffen Division." A review of a Motorola phone seized from the Defendant upon his initial arrest in this case identified several images, videos, and Telegram channels related to the Atomwaffen division. Atomwaffen is a neo-Nazi group.

In short, these communications undoubtedly came from the Defendant. Given (1) that only the Defendant knew of the existence of the OCE accounts to which AutismInducedJihad sent messages, and (2) that the messages bore extensive similarities to the Defendant's prior communications and internet browsing history, the government has shown by clear and convincing evidence that they _were_ sent by the Defendant. The Defendant has therefore violated both conditions of release described in the Emergency Motion.

### *Internet Access at the Defendant's House*

The government's investigation also indicates that the Defendant's residence had internet access while he was released there – also in violation of his release conditions.

On or about September 1, 2023, law enforcement interviewed two individuals who were residing in the basement of the Defendant's residence.[3] They indicated that they had a password protected wireless internet network provided by Verizon which they shared with each other. One of the tenants indicated that the internet access was paid for by the Defendant's father. This internet access remained active during the time that the Defendant was living in the residence in

---

[3] A third tenant also resided at the Defendant's residence in a room on the first floor, near the living room where the Defendant was apparently residing. This individual indicated that he did not have access to wireless internet and only used his phone's cellular data to access the internet. The government also obtained legal process which showed that the Defendant's father had cancelled his Comcast internet on or about July 20, 2023. However, as described herein, a Verizon wireless internet network remained active.

July and August, 2023. In addition, that same tenant showed law enforcement the wireless network on his cellphone. Along with the wireless network to which the tenant had access, the cellphone showed the existence of another password protected wireless service which had the first name of the Defendant's father, followed by the numbers "2.4."

Second, at the time of the Defendant's second arrest on August 26, 2023, the Defendant's father stated that he had cameras set up to watch the Defendant while he was away from the home. In a prior interview, the Defendant's father had stated that these cameras were capable of sending images directly to the Defendant's father's phone. As a result, the Defendant's father's comments suggest that, on August 26, the cameras were likely internet-capable devices that were, in fact, accessing the internet – again, in violation of the conditions of release.

Given the Defendant's experience and sophistication in using the internet, it stands to reason that the Defendant was able to access at least one of the wireless networks which were available within the home, or was able to access the internet using a cellular device.[4]

### *Ongoing Investigation*

The government is also continuing to investigate newly discovered online communications from the Defendant's Instagram account to third parties in early August, 2023 – after the Defendant had been released to his residence. The government has also issued legal process as part of its investigation, and responses to several of them are still outstanding.[5] Thus,

---

[4] These facts also indicate that the Defendant's residence is not a suitable release location.

[5] At the hearing on August 28, 2023, the Court inquired as to whether the government could show that AutisimInducedJihad messages were associated with an IP address at the Defendant's residence. However, the social media application used by AutismInducedJihad is in a foreign country and does not respond to legal process from the U.S. government.

although the government has presented clear and convincing evidence that the Defendant violated his conditions of release, the government's investigation continues.

## CONCLUSION

As described in the Emergency Motion and herein, there is clear and convincing evidence that the Defendant has violated at least two separate conditions of release, and that the Defendant *will not* abide by the Court's conditions. The Bureau of Prisons is more than capable of providing the Defendant with whatever mental health treatment he may require and guarantee that he not use the internet. As a result, the government reiterates its request that the Court revoke the Defendant's conditions of release and remand him to the custody of the U.S. Marshals.

    Respectfully submitted,

    JOSHUA S. LEVY
    Acting United States Attorney

By:   */s/ Timothy H. Kistner*
      Timothy H. Kistner
      Laura J. Kaplan
      Assistant U.S. Attorneys

Date: September 6, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

/s/ *Timothy H. Kistner*
Timothy H. Kistner
Assistant U.S. Attorneys