



# Social Media Account Name

Social Media Account - @AutismInducedJihad

Mateo Ventura

آسف- Translates to "sorry"



@Autisminducedjihad was last seen active on 5:15 AM EDT on August 26, 2023.

During an E-mail complaint Ventura made to NTOC on June 26, 2023, Ventura made several references to being sorry, including:

- "Im sorry ▮▮▮▮ im sorry the other guy"
- "@FBI Chelsea I would like to say sorry for my behavior I am sorry this all happened"

In addition, Ventura made reference to him believing he has autism,

- "I have some problems adhd FASD autism"

Ventura was arrested at approximately 6am on August 26, 2023, and there have been no more messages from social media account @Autisminducedjihad.

2

FBI



# YouTube Videos

Social Media Account - @AutismInducedJihad

Mateo Ventura



A review of Ventura's YouTube search history from August 24, 2021 through February 2, 2023 identified at least three views of "Arab Patrick Bateman Arabian Psycho", and approximately 53 searches or views with "Arabian Psycho" in the title.

YouTube
Watched Arab Patrick Bateman Arabian Psycho RendroFye
Jan 25, 2023, 12:13:31 PM UTC

YouTube
Watched Arab Patrick Bateman Arabian Psycho RendroFye
Jan 18, 2023, 11:04:39 AM UTC

YouTube
Watched Arab Patrick Bateman Arabian Psycho RendroFye
Jan 25, 2023, 1:46:36 AM UTC

3

FBI



# YouTube Videos

Social Media Account - @AutismInducedJihad

Mateo Ventura



A review of Ventura's YouTube search history from August 24, 2021 through February 2, 2023 identified at least nine views of "Patrick beckman bikes to the desert" videos.

In addition, there were at least three views of "Patrick Bateman bikes to the desert".

Note: Patrick Bateman was misspelled as "Beckman" in both the YouTube video sent by @Autisminducedjihad and the video viewed by Ventura.

4



# YouTube Videos

Social Media Account - @AutismInducedJihad

Mateo Ventura

https://youtu.be/khkbZEM3L64?si=79LVwwevbpMsrRw3

YouTube
Muslim Bale
#patrickbateman
movie name : exodus: gods and kings
song source : https://youtu.be/eWMV4B4WQR0

A review of Ventura's YouTube search history from August 24, 2021 through February 2, 2023 identified at least 18 views or searches of "Muslim Bale".

In addition, there were approximately 254 views or searches involving videos with "Patrick Bateman" in the title, 537 with "American Psycho", and 843 with "Bateman".

YouTube

Watched muslim bale (extented) hexor

Jan 6, 2023, 8:45:28 PM UTC

5

FBI



# YouTube Videos

Social Media Account - @AutismInducedJihad

Mateo Ventura

A review of Ventura's YouTube search history from August 24, 2021 through February 2, 2023 identified at least two views of the same video sent by @autisminducedjihad.



# YouTube Videos

Social Media Account - @AutismInducedJihad

Mateo Ventura

https://youtu.be/FUIxB9ij9fs?si=m_2ghnkLRz7QlveA
YouTube
The President of the United-f*ckin-States of America. Another monstrosity to add to the belt.
Patreon: https://www.patreon.com/donatedpizza
Program: Adobe Premiere Pro 2021
Song: https://youtu.be/KMQagnug-SM?si=cIUWEgHhPz3wb46T...

A review of Ventura's YouTube search history from August 24, 2021 through February 2, 2023 identified approximately 169 views or searches of the "donatedpizza" YouTube account.

7

FBI

# YouTube Videos

Social Media Account - @AutismInducedJihad

Mateo Ventura







A review of Ventura's YouTube search history from August 24, 2021 through February 2, 2023 identified at least 38 views or searches of videos involving "Martin Cabello".

A review of Instagram contacts on Apple iPhone 12, serial number FFPGD0ALPLJM, seized from Ventura on June 8, 2023, identified "Martin Cabello III".

8



# Jack Teixeira

**Social Media Account - @AutismInducedJihad**                              Mateo Ventura

> If I was jack I would have fled to North Korea       1:23 AM

During transport to Wyatt Federal Detention Facility Ventura made unsolicited comments to the effect of:

- Do you know that Jack guy? Jack Teixeira from the Air Force who leaked the documents. He's an idiot; if he had put the information on an encrypted thumb drive, he never would have been caught by you assholes. He could have released the information, fled to Russia or North Korea, made a lot of money, and been treated like a hero.

A review of images on Apple iPhone 12, identified a picture of Jack Teixeira, as well as over 100 images and screenshots of what appears to be classified material.



# Kim Jung Un

Social Media Account - @AutismInducedJihad

Mateo Ventura



A review of social media chats on Ventura's Apple iPhone 12, identified two messages sent from Ventura referring to Kim Jong Un as "my only god" or "the only god".





10

FBI



# International Legion

**Social Media Account - @AutismInducedJihad**       **Mateo Ventura**

> I wanted to go to the international legion but they don't accept  2:11 AM



A review of social media chats on Ventura's Apple iPhone 12, identified at least three images that appear to be screenshots of instructions and contact information to join the International Legion of Defense of Ukraine.

The screenshots include the e-mail addresses for the Ukrainian Consulate General in Houston, Texas and New York, New York, both of those e-mail addresses appear as contacts for Ventura's e-mail address, ███████.

11

FBI



# Army

Social Media Account - @AutismInducedJihad

Mateo Ventura

> I also want to join the army special forces if you want to help me  6:10 PM

> Help me join the army  12:29 AM

During an E-mail complaint Ventura made to the National Threat Operation Center (NTOC) on June 26, 2023, Ventura stated, "give me purpose send me to Ukraine or the Army".

Between March 9-23, 2023, Ventura had three telephonic contacts with an Army recruiter.



# Education

Social Media Account - @AutismInducedJihad                    Mateo Ventura

As long as I can continue my education things will be fine    1:23 AM

Don't do this
Work with the school or something
Setup a plan

During an E-mail complaint Ventura made to NTOC on June 26, 2023, Ventura made several statements regarding getting his GED and going to school including:

- "I tryed to escape because I didnt want to miss the fourth the bigger picture is I want to get my GED"
  - "I just want help getting my GED"
  - "I needed to go back to school"

13



# Locked up

**Social Media Account - @AutismInducedJihad**

> I need to get out of here  2:07 AM
>
> It was just a attempt at escape  2:07 AM
>
> You wouldn't understand  2:07 AM
>
> Why don't you help do something other thing lock me in a box  2:08 AM
>
> I can change just give me a second chance  12:29 AM

**Mateo Ventura**

During an E-mail complaint Ventura made to NTOC on June 26, 2023, Ventura made several statements regarding getting locked up, including:

- "I have been locked up for too long"
  - "I don't need this locking me up"
- "I don't need to be locked up anymore"
- "I need to go outside touch grass and be happy not locked up"

Ventura also made several statements asking for a second chance or expressing an interest in change:

- "I will stop looking at things harmful to my pysche I want to change"
- "just give me a chance I am begging take me out of here"
  - "Just give me a second chance"

14



# Gerila TV

Social Media Account - @AutismInducedJihad

Mateo Ventura



A review of social media chats on Ventura's Apple iPhone 12, identified Ventura subscribed to Gerila TV social media account and the Gerilla Archive account.

A review of web history on Ventura's Apple iPhone 12 identified at least six unique URLs visited on gerilatv.com

15

FBI



# Kurdish Front

Social Media Account - @AutismInducedJihad

Mateo Ventura





A review of Ventura's YouTube search history from August 24, 2021 through February 2, 2023 identified searches for "the Kurdish front" and "Kurdish front".

A review of Ventura's Apple iPhone 12, identified a screen shot of the storage usage of social media chats which included files from Gerila TV, Kurdish Front GC, and Kurdish Attack accounts.

16



# Kurdish Propaganda

Social Media Account - @AutismInducedJihad

Mateo Ventura



A review of Ventura's Apple iPhone 12, identified numerous videos and images depicting propaganda, violence/war, and news related to several Kurdish groups, including from ANF news.

A review of social media chats on Ventura's Apple iPhone 12, identified at least two for the Kurdish group Sinjar Resistance Units (YBS) which advertised both the Kurdish Front and ANF news as places to receive news involving the Kurdish population.

A review of Ventura's YouTube search history from August 24, 2021 through February 2, 2023 identified 27 searches or views for videos that included "PKK", the acronym for the Kurdistan Workers Party, a Kurdish militant organization and a designated foreign terrorist group.

17

FBI



# Atomwaffen

Social Media Account - @AutismInducedJihad

Mateo Ventura



A review of Motorola G Play, ███████, seized from Ventura on June 8, 2023, identified several images, videos, and social media accounts related to the Atomwaffen Division.

18

FBI