UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATEO VENTURA, | ) Criminal No.  23cr10271<br>)<br>) Violation:<br>)<br>) <u>Count One</u>: Concealment of Financing of Terrorism<br>) (18 U.S.C. § 2339C(c)(2)(A))<br>)<br>) <u>Forfeiture Allegation</u>:<br>) 18 U.S.C. § 981(a)(1)(C) and (G) and 28<br>) U.S.C. § 2461(c) |

## INDICTMENT

### COUNT ONE
Concealment of Financing of Terrorism
(18 U.S.C. § 2339(C)(c)(2)(A))

The Grand Jury charges:

From in or about December 2022, through in or about May 2023, in Wakefield, in the District of Massachusetts, the defendant,

MATEO VENTURA,

did knowingly conceal and disguise the nature, location, source, ownership and control of material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), and funds, knowing and intending that such support and resources, and funds, were provided, in violation of Title 18 United States Code, Section 2339B(a)(1),

All in violation of Title 18, United States Code, Section 2339C(c)(2)(A).

1

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and (G) and 28 U.S.C. § 2461(c))\

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 2339C(c), the defendant,

MATEO VENTURA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense and, pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), all assets, foreign or domestic: affording any person a source of influence over any such entity or organization; acquired or maintained with the intent and for the purpose of supporting, planning, conducting, or concealing any federal crime of terrorism against the United States, citizens or residents of the United States, or their property; derived from, involved in, or used or intended to be used to commit any federal crime of terrorism against the United States, citizens or residents of the United States, or their property; or of any individual, entity, or organization engaged in planning or perpetuating any act of international terrorism or against any foreign government..

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and (G), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and (G), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
Timothy Kistner
Laura J. Kaplan
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: October ___17___, 2023
Returned into the District Court by the Grand Jurors and filed.

_____ Signed at 12:45 PM.
DEPUTY CLERK

3