

**U.S. Department of Justice**

Federal Bureau of Prisons

*MDC Brooklyn*

*80 29th Street*
*Brooklyn, New York 11232*

February 27, 2024

U.S. Dist. Ct., Mass.
Clerk's Office
received
3/7/24

Honorable Judge David H. Hennessy
United States Magistrate Judge
United States District Court
District of Massachusetts
Harold D. Donohue Federal Building and U.S. Court
595 Main Street
Worcester, Massachusetts 01608

Re:   **MATEO VENTURA**
      **REGISTER NUMBER: 62915-510**
      **CRIMINAL NUMBER: 23-10271-DJC**

Dear Judge Hennessy.:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section 4241, dated February 8, 2024, in the case of Mr. Mateo Ventura.

Mr. Ventura was designated as a study inmate to the Metropolitan Detention Center (MDC), Brooklyn on February 16, 2024. In order to provide the Court with a comprehensive and thorough report, we generally ask for 30 days from the date of arrival. However, given the recent volume of cases, we respectfully request an additional 15 days as permitted by the statue. Thus, the evaluation would conclude on March 31, 2024. The report will be prepared and provided to the Court within two weeks after the conclusion of the evaluation, April 14, 2024.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

Raul Maldonado Jr., Warden
RM/AJ/aj