UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 23-cr-10271-DJC |
| MATEO VENTURA, | ) ) | |
| Defendant. | ) ) ) | |

## **FINAL STATUS MEMORANDUM**

The United States of America, with the assent of the defendant, hereby submits this memorandum addressing Local Rule 116.5(c). The parties have reviewed this memorandum and agree to its contents. In light of this memorandum, the parties respectfully ask that the Court schedule an evidentiary hearing to determine issues related to the Defendant's competency to stand trial pursuant to 18 U.S.C. § 4247(d).

**I.   Transfer to the District Judge.**

The parties hereby move for a hearing before the district judge in order to resolve issues of competency, and, if necessary, a pretrial conference to resolve pretrial motions and schedule a trial date.

**II.   Discovery.**

With the exception of certain materials subject to an upcoming filing by the government under the Classified Information Procedures Act (CIPA), the government has produced automatic discovery to the defendant, who is in the process of reviewing that discovery. The government will provide discovery in response to any future request(s) according to the Local Rules and the Federal Rules of Criminal Procedure, including any supplemental discovery if additional materials are obtained.

### III. Discovery Requests and Motions.

There are currently no outstanding discovery requests or motions.

### IV. Pretrial Motions Under FRCP 12(b).

The defendant requests that the issue of the Defendant's competency to stand trial be determined by the court before any deadline is set to file any motions under Fed. R. Crim. P. 12(b).

### V. Excludable Delay.

The court has issued orders of excludable delay that extend from May 9, 2023 through April 9, 2024. The parties agree that the time between April 9, 2024 and any decision made by the court regarding the Defendant's competency pursuant to 18 U.S.C. § 4247(d) be excluded. This period constitutes a "period of delay resulting from any proceeding, including any examinations, to determine the mental competency… of the defendant," 18 U.S.C. § 3161(h)(1)(A), and should therefore be excluded.

### VI. Length of Trial.

The parties estimate that a trial may take approximately 3-5 days.

### VII. Other Matters.

The parties hereby request that the Court schedule an evidentiary hearing pursuant to 18 U.S.C. § 4247(d) in order to determine issues related to the Defendant's competency to stand trial.

Respectfully submitted,

Date: April 2, 2024

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Timothy H. Kistner
Timothy H. Kistner
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                                                  */s/ Timothy H. Kistner*
                                                  Timothy H. Kistner
                                                  Assistant U.S. Attorneys