UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 23-cr-10271-DJC |
| MATEO VENTURA, | ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT AND MOTION TO TRANSFER DEFENDANT TO A SUITABLE FACILITY, TO EXCLUDE THE TIME, AND REQUEST FOR STATUS HEARING IN 90 DAYS**

The parties have conferred pursuant to the Court's September 20, 2024 Order, and hereby file the following Joint Status Report and Motion.

The parties hereby petition the Court to order the Bureau of Prisons to transfer the Defendant to a suitable facility for treatment, for such a reasonable period of time as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the above-captioned matter to proceed, pursuant to 18 U.S.C. § 4241(d).

Furthermore, the parties request a status hearing in ninety days to determine whether the Defendant has been restored to competency or if further evaluation and/or treatment is deemed necessary.

The parties also request that the court exclude the time from the Court's Order of September 20, 2024, until such time as the defendant is deemed competent to stand trial, pursuant to 18 U.S.C. § 3161(h)(4).

Respectfully submitted,

| | |
|---|---|
| Mateo Ventura, | Joshua S. Levy, |
| By his attorney, | Acting United States Attorney, |
| | |
| **/s/ William A. Korman** | By: */s/ Timothy H. Kistner* |
| William A. Korman, BBO #632228 | Timothy H. Kistner |
| Rudolph Friedmann, LLP | Laura S. Kaplan |
| 92 State Street, 4th Floor | Assistant U.S. Attorneys |
| Boston, MA 02109 | |
| (617) 447-8635 | |
| WKorman@RFLawyers.com | |

Dated: October 7, 2024

## CERTIFICATE OF SERVICE

I, Timothy H. Kistner, do hereby certify that I have served a copy of the foregoing upon all parties registered with the efile system, on this the 7th day of October, 2024.

*/s/ Timothy H. Kistner*
Timothy H. Kistner