UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Criminal No. 23-CR-10271-DJC |
| MATEO VENTURA, ) | |
| Defendant. ) | |

## MOTION TO TRANSFER TO DEFENDANT TO BUREAU OF PRISONS

The Defendant, with the assent of the Government, hereby petitions the Court to transfer the Defendant to the custody of the Bureau of Prisons pursuant to 18 U.S.C. § 4247(d).

Given his age, mental health status, and local family support, the Defendant respectfully requests that he be transferred to FMC Devens.

Respectfully submitted,
Matteo Ventura,
By his attorney,

**/s/ William A. Korman**
William A. Korman, BBO #632228
Rudolph Friedmann, LLP
92 State Street, 4th Floor
Boston, MA 02109
(617) 447-8635
WKorman@RFLawyers.com

Dated: October 21, 2024

## CERTIFICATE OF SERVICE

I, William A. Korman, do hereby certify that I have served a copy of the foregoing upon all parties registered with the efile system, on this the 21st day of October, 2024.

**/s/ William A. Korman**