UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 23-CR-10271-DJC<br>MATEO VENTURA, )<br>)<br>Defendant. )<br>) | |

## ASSENTED TO MOTION FOR BRIEF STATUS CONFERENCE

The Defendant, with the assent of the Government, hereby petitions this Honorable Court to schedule a brief status conference so that he may put on the record his objection to the exclusion of time while waiting for a "mental health bed" in the Bureau of Prisons.

Respectfully submitted,
Mateo Ventura,
By his attorney,

**/s/ William A. Korman**
William A. Korman, BBO #632228
Rudolph Friedmann, LLP
92 State Street, 4th Floor
Boston, MA 02109
(617) 447-8635
WKorman@RFLawyers.com

Dated: October 28, 2024

## CERTIFICATE OF SERVICE

I, William A. Korman, do hereby certify that I have served a copy of the foregoing upon all parties registered with the efile system, on this the 28th day of October, 2024.

**/s/ William A. Korman**