UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 23-CR-10271-DJC |
| MATEO VENTURA, | ) |
| | ) |
| Defendant. | ) |

## ~~(PROPOSED)~~ TRANSFER ORDER

Pursuant to 18 U.S.C. § 4241(d), the Defendant is ordered to the custody of the Bureau of Prisons for a period not to exceed four months for the purpose of determining whether competency can be restored.

Given his age, mental health status, and local family support, the Court suggests that the Defendant be transferred to FMC Devens.

_Denise J. Casper_

Dated: November 4, 2024.