UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 23-cr-10271-DJC |
| MATEO VENTURA, | ) ) | |
| Defendant. | ) ) ) | |

**ASSENTED-TO MOTION TO EXCLUDE TIME**

The United States of America, with the assent of the defendant, hereby submits this Motion to Exclude the Time, along with a Proposed Order.

The court has issued orders of excludable delay that extended through July 30, 2025. Dkt. Nos. 149, 150. On July 30, 2025, the Court set a trial date for April 27, 2026. The parties agree that the time between July 30, 2025 until April 27, 2026 should be excluded because it constitutes "reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. 3161(h)(7)(B)(iv), specifically, this exclusion of time will allow the parties to prepare for trial. The parties request that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. 3161(h)(7)(A).

Respectfully submitted,

Date: July 30, 2025

LEAH B. FOLEY
United States Attorney

By:  */s/ Timothy H. Kistner*
Timothy H. Kistner
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

> /s/ Timothy H. Kistner
> Timothy H. Kistner
> Assistant U.S. Attorney